# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2011

142754 & (70) (74)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BONNIE YACKISH,
    Plaintiff-Appellant/Cross-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
    Defendant-Appellee/Cross-Appellant

SC: 142754
COA: 289671
Ingham CC: 06-000941-NF

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the February 1, 2011 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant plaintiff's application for leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2011

_____
Clerk

h0914